IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3111 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RUDOLPH DELEON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Kristina B. Murphree, defendant's appointed counsel, (filing no. 25), is granted. The clerk shall delete Ms. Murphree from any future ECF notifications herein.

2) Defendant's newly retained counsel, Clarence E. Mock, III , shall serve defendant with a copy of this order.

3) The initial appearance and arraignment on the pending indictment against the defendant remain scheduled for October 27, 2011 at 1:30 p.m.

DATED this 24th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge