IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3111 |
| v. | ) | |
| RUDOLPH DELEON, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Having again reviewed the Pretrial Services Report dated September 23, 2011, with particular emphasis on the defendant's extensive and long-term criminal history, the court finds that a third-party custodian cannot provide sufficient safeguards to ameliorate the risk posed if the defendant is released pending trial. Accordingly,

IT IS ORDERED that defendant's motion for release, (filing no. 31), is denied.

DATED this 15th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge