IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3111 |
| | ) | |
| v. | ) | AMENDED |
| | ) | MEMORANDUM AND ORDER |
| RUDOLPH DELEON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)    On or before February 7, 2012, the defendant shall either enter his plea of guilty, or he shall file any pretrial motions for this case.

2)    The hearing on the defendant's contemplated plea of guilty will be held before Magistrate Judge Zwart on February 7, 2012,* at 10:30 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3)    The defendant, defendant's counsel, and counsel for the government shall appear at this hearing.

4)    On or before the date set for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5)    The ends of justice served by granting defendant's request to set a change of plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and February 7, 2012 shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 5th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

*Amended to correct the year.